**Below is the Order of the Court.**

_____
**Marc Barreca**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

___

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | | |
|---|---|---|
| IN RE: | ) | IN CH. 13 NO.: 12-12027 |
| | ) | |
| HAROLD RAYMOND BURNS, | ) | ORDER AUTHORIZING DEBTORS |
| JULIE ANN BURNS, | ) | TO SETTLE VEHICLE DAMAGE |
| | ) | CLAIM, GRANTING LEAVE TO |
| | ) | INCUR INDEBTEDNESS, |
| | ) | APPROVING PLAN MODIFICATION |
| | ) | AND ATTORNEY FEES |
| Debtors. | ) | |

THIS MATTER having come on for hearing before the above entitled Court on January 15, 2014 on Debtors' Motion and Affidavit for Order Authorizing Debtors to Settle Vehicle Damage Claim, Granting Leave to Incur Indebtedness, Approving Plan Modification and attorney fees filed on December 30, 2013, (docket no. 40); debtors having filed an amended Plan on December 30, 2013, which Plan was further revised on January 8, 2014, to increase the Plan payment to provide for feasibility; Debtors appearing by and through their attorney, DAVID CARL HILL; proper notice having been given and no response or objections having been filed by any creditor or party in interest; the court having examined

Order Authorizing Debtors to Settle Vehicle Damage
Claim, Granting Leave to Incur Indebtedness, Approving
Plan Modification and Attorney Fees      - 1 -

LAW OFFICE OF
DAVID CARL HILL,
Hill Law.Com, P.S.
2472 SE BETHEL ROAD, SUITE A
PORT ORCHARD, WA 98366
(360) 876-5015  FAX: (360) 895-1491

the files and records, and having heard any argument; now, therefore, it is hereby

**ORDERED** that the amended plan dated January 8, 2014, filed on January 8, 2014, (Docket No. 46) shall become the plan, pursuant to 11 U.S.C. § 1329(b); and that the terms of the previously entered Order Confirming Chapter 13 Plan shall continue to apply except to the extent such terms are inconsistent with the amended plan.

It is further

**ORDERED** that debtors be and they hereby are authorized to settle a vehicle damage claim against Liberty Northwest for debtors 2009 Victory Vision Touring Motorcycle in the amount of $15,690.77, with the proceeds to be applied by Liberty Northwest first to the secured claim of HSBC,, with the balance of the settlement to be paid to debtor for the purpose of a down payment toward the purchase of a replacement motorcycle; It it further

**ORDERED** that debtors be and they hereby are authorized to incur indebtedness for the purchase of a replacement motorcycle with payment not to exceed $425.00 per month, which payment shall be paid outside of debtors Chapter 13 Plan; It is further

**ORDERED** that debtors' counsel, DAVID CARL HILL be and he hereby is granted attorney fees in the amount of $5,005.00, of which the sum of $4,342.00 has been paid by way of pre-filing retainer and by Trustee through debtors' Chapter 13 Plan. The remaining balance of $663.00 shall be paid as an administrative claim through the Debtors' Chapter 13 Plan.

/ / / END OF ORDER / / /

Presented by:

/s/ David Carl Hill
DAVID CARL HILL, WSBA #9560
Attorney for Debtors

Order Authorizing Debtors to Settle Vehicle Damage
Claim, Granting Leave to Incur Indebtedness, Approving
Plan Modification and Attorney Fees        - 2 -

LAW OFFICE OF
DAVID CARL HILL,
Hill Law.Com, P.S.
2472 SE BETHEL ROAD, SUITE A
PORT ORCHARD, WA 98366
(360) 876-5015  FAX: (360) 895-1491